**Manuel ORDAZ-FLORES Petitioner**

v.

**Jefferson B. SESSIONS, III, Attorney General of the United States Respondent**

**No. 17-1665**

United States Court of Appeals, Eighth Circuit.

Filed: March 5, 2017

Submitted: February 20, 2018

Raul F. Guerra, Monzon Law, Lincoln, NE, for Petitioner

Victoria Marie Braga, Brendan Paul Hogan, Thomas W. Hussey, Carl H. McIntyre, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, for Respondent

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

PER CURIAM.

Manuel Ordaz-Flores, a citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's (IJ's) decision to deny his application for cancellation of removal on discretionary hardship grounds under 8 U.S.C. § 1229b(b)(1). After careful review, we conclude that the IJ used the proper standard in denying relief, and thus that Ordaz-Flores has not raised a cogniza-

ble challenge to the decision below. Accordingly, we lack jurisdiction to review the denial, see Gomez-Perez v. Holder, 569 F.3d 370, 372-73 (8th Cir. 2009), and we dismiss the petition.